**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**MIDLAND/ODESSA DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA** § | |
| § | |
| **v.** § | **NO:   MO:09-CR-00252 (01)** |
| § | |
| **ARMANDO SAUSEDA, SR.** § | |

**ORDER**

Before the Court is the Defendant's Motion for Sentence Reduction Under 18 U.S.C. § 3582(c)(1)(A) (Doc. 365) filed January 19, 2021. After considering the applicable factors provided in 18 U.S.C. § 3553(a) and the applicable policy statements issued by the Sentencing Commission, the Court **DENIES** the Defendant's Motions on its merits. Accordingly,

It is **ORDERED** the Defendant's Motion for Sentence Reduction Under 18 U.S.C. § 3582(c)(1)(A) (Doc. 365) is **DENIED.**

It is so **ORDERED**.

SIGNED this 29th day of January, 2021.

DAVID COUNTS
UNITED STATES DISTRICT JUDGE